UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JOSE RAFAEL URENA,

           Plaintiff,

- against -

YAN WOLFSON, M.D.; NEW YORK
DOWNTOWN HOSPITAL; ROBERT
BEAUDOUIN, M.D.; and BOP-
METROPOLITAN DETENTION CENTER,

           Defendants.

-----------------------------------------------------------X

**ORDER**
**09 CV 1107 (KAM)(LB)**

**BLOOM, United States Magistrate Judge:**

By letter filed with the Court on November 2, 2009,[1] plaintiff requests permission to have a fellow inmate, Jimmy Clark, present to assist him during his deposition on November 3, 2009. As the deposition has already been conducted, plaintiff's request is moot. Moreover, although inmates may assist other inmates with legal papers, the Court would not authorize another inmate to attend plaintiff's deposition. If plaintiff requires an interpreter for any continued deposition, he should make his request for an interpreter to defendants' counsel.

SO ORDERED.

                                                /S/
                                        LOIS BLOOM
                                        United States Magistrate Judge

Dated: November 13, 2009
       Brooklyn, New York

---

[1] Plaintiff's request was entered on the docket on November 10, 2009.