UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

JOSE RAFAEL URENA,

      Plaintiff,

- against -

YAN WOLFSON, M.D.;
NEW YORK DOWNTOWN HOSPITAL;
ROBERT BEAUDOUIN, M.D.; and
BOP- METROPOLITAN DETENTION CENTER,

      Defendants.

----------------------------------------------------------X

**ORDER**
**09 CV 1107 (KAM)(LB)**

**BLOOM, United States Magistrate Judge:**

Plaintiff moves for an Order to compel defendants to provide the information and documents requested in his interrogatories and document requests. See document 57. Plaintiff's request is denied. The deadline for the parties to complete all discovery passed on November 23, 2009. Plaintiff is directed to focus his efforts on opposing defendants' motions to dismiss and for summary judgment, which are due to be served on plaintiff on January 22, 2010.

SO ORDERED.

      /s/
      LOIS BLOOM
      United States Magistrate Judge

Dated: December 22, 2009
      Brooklyn, New York