UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JOSE RAFAEL URENA,

       Plaintiff,

       - against -

YAN WOLFSON, M.D.;
NEW YORK DOWNTOWN HOSPITAL;
ROBERT BEAUDOUIN, M.D.; and
BOP- METROPOLITAN DETENTION CENTER,

       Defendants.

-----------------------------------------------------------X

**ORDER**
**09 CV 1107 (KAM)(LB)**

**BLOOM, United States Magistrate Judge:**

    Plaintiff moves the Court for an Order compelling the Federal Bureau of Prisons to allow plaintiff written and telephonic contact with a fellow inmate, Jimmy Clark, who is housed in an adjacent prison facility, so that Mr. Clark may assist plaintiff with this case. (Document 100.) In the alternative, plaintiff requests that the Court seek pro bono counsel to represent him in this matter. Plaintiff's motion is denied. The Court shall inform the parties when the pending motions to dismiss and/or for summary judgment are decided.

SO ORDERED.

                                            /S/
                                      LOIS BLOOM
                                      United States Magistrate Judge

Dated: July 2, 2010
       Brooklyn, New York